# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW COOK,

    Plaintiff,

  v.

MONARCH RECOVERY MANAGEMENT, INC.,

    Defendant.

Case No. 3:17-cv-01273-JPG-MAB

## MEMORANDUM AND ORDER

### J. PHIL GILBERT, DISTRICT JUDGE

The plaintiff has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 8.) That rule calls for the dismissal of a case if the plaintiff files such a notice before the opposing party serves either an answer or motion for summary judgment. Having met the requirements of the rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED: APRIL 29, 2019**

                                              *s/ J. Phil Gilbert*
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**